UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____3/22/18____
```

-------------------------------------------------------------X
LAWRENCE YOUNG, Individually and on behalf :
of all other persons similarly situated, :
                                          :
                              Plaintiffs, :          17-CV-8205 (VEC)
                                          :
            -against-                     :          ORDER
                                          :
                                          :
MEDRITE CARE, LLC,                        :
                                          :
                              Defendant.  :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

On March 22, 2018, Plaintiff reported that the parties reached a settlement [Dkt. 22].

Accordingly, it is hereby ORDERED that this action will be dismissed without costs (including attorneys' fees) to either party on **April 23, 2018,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. To be clear, any request that the action not be dismissed **must** be filed **before April 23, 2018**; any request filed thereafter may be denied solely on that basis.

If the parties wish for the Court to retain jurisdiction over their settlement agreement, not later than **April 13, 2018**, they must submit the settlement agreement to the Court in accordance with Rule 5.A of the Court's Individual Practices, along with a request that the Court issue an

order expressly retaining jurisdiction to enforce their settlement agreement. *See Hendrickson v.*

*United States*, 791 F.3d 354 (2d Cir. 2015).

All deadlines and court conferences previously scheduled in this matter are cancelled.

**SO ORDERED.**

**Date:  March 22, 2018**
      **New York, NY**

                                   **VALERIE CAPRONI**
                             **United States District Judge**