```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAWRENCE YOUNG, Individually and on behalf :
of all other persons similarly situated,          :
                                                  :
                              Plaintiffs,         :     17-CV-8205 (VEC)
                                                  :
              -against-                           :     ORDER
                                                  :
                                                  :
MEDRITE CARE, LLC,                                :
                                                  :
                              Defendant.          :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 22, 2018, the parties reported that they reached a settlement [Dkt. 22];

WHEREAS on March 22, 2018 the Court entered an Order directing that this action be dismissed without costs on **April 23, 2018** unless before that date one or more of the parties filed a letter with the Court requesting that the action not be dismissed or stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement [Dkt. 23]; and

WHEREAS no party filed a letter with the Court requesting that this action not be dismissed;

IT IS HEREBY ORDERED that this action shall be dismissed.  The Clerk of Court is respectfully requested to terminate any open motions and close the case.

**SO ORDERED.**

**Date: April 24, 2018**                           _____
**New York, NY**                                   **VALERIE CAPRONI**
                                                   **United States District Judge**